# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CAVNER,<br><br>        Plaintiff,<br><br>    v.<br><br>ERICA WEINSTEIN, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:07-cv-00184-LJO-NEW (DLB) PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Thomas Cavner ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), and finds that it states cognizable claims for relief under section 1983 against defendant Weinstein and Voss for failure to provide plaintiff with adequate medical treatment, in violation of the Due Process Clause of the Fourteenth Amendment. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Jones v. Blanas, 393 F.3d 918, 931-34 (9th Cir. 2004). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

           ERICA WEINSTEIN, CMO

           TOM VOSS, EXECUTIVE DIRECTOR

    2.    The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed February 2, 2007.

1  ///

2      3.      Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

5            a.     Completed summons;

6            b.     One completed USM-285 form for each defendant listed above; and

7            c.     Three (3) copies of the endorsed complaint filed February 2, 2007.

8      4.      Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

12     5.     <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **May 17, 2007**               **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE