# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CAVNER,<br><br>    Plaintiff,<br><br>    v.<br><br>ERICA WEINSTEIN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-00184-OWW-GSA PC<br><br>ORDER REQUIRING DEFENDANT WEINSTEIN TO FILE RESPONSE TO COMPLAINT WITHIN THIRTY DAYS OR DEFAULT WILL BE ENTERED<br><br>(Doc. 14)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON DEFENDANT ERICA WEINSTEIN, M.D. AT SALINAS VALLEY STATE PRISON |

Plaintiff Thomas Cavner ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 12, 2007, the Court ordered the United States Marshal to initiate service of process on Defendants Weinstein and Voss. Defendant Weinstein waived service and her response to Plaintiff's complaint was due on or before June 6, 2008. Fed. R. Civ. P. 6, 12. To date, no response has been filed.

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Defendant Weinstein shall file a response to Plaintiff's complaint;

2. The failure to file a response within thirty days will result in the entry of default against Defendant Weinstein; and

///

///

1

3.  The Clerk's Office shall serve a copy of this order on Defendant Erica Weinstein, M.D. at Salinas Valley State Prison.

IT IS SO ORDERED.

Dated: **July 14, 2008**           **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE