# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CAVNER,<br><br>    Plaintiff,<br><br>  v.<br><br>ERICA WEINSTEIN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-00184-OWW-GSA PC<br><br>ORDER VACATING ORDER TO SHOW CAUSE<br><br>(Doc. 17) |

    Plaintiff Thomas Cavner ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed on February 2, 2007. (Doc. 1.) On July 15, 2008, the Court ordered Plaintiff to show cause why Defendant Voss should not be dismissed from this action for failure to provide information sufficient to allow the United States Marshal to effect service. (Doc. 17.) On August 26, 2008, Defendants Voss and Cavner filed a motion to dismiss. (Docs. 19-21.)

    In light of the fact that Defendant Voss has made an appearance in this action, the order to show cause is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **August 26, 2008**            **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE